# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| INGURAN, L.L.C. and XY, INC. | § |
| | § |
| | § CIVIL ACTION NO. SA-09-CA-0773-XR |
| Plaintiffs, | § |
| | § |
| V. | § |
| | § |
| CHATA BIOSYSTEMS, INC., | § JURY TRIAL DEMANDED |
| | § |
| Defendant. | § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, Plaintiffs, Inguran, L.L.C. d/b/a Sexing Technologies and XY, Inc., and Defendant, Chata Biosystems, Inc., hereby give notice to the Court that they have agreed:

1. To dismiss all claims pending in this case with prejudice; and

2. Each party shall bear its own costs and attorneys fees incurred in connection with this civil action.

WHEREFORE, the parties respectfully request that the Court enter the Order Of Dismissal With Prejudice submitted with this Stipulation.

Respectfully submitted,

_/s/ Kirt S. O'Neill_                        /s/ Katherine Compton

Kirt S. O'Neill
  Texas Bar No. 00788147
Daniel L. Moffett
  Texas Bar No. 24051068
Harry L. Laxton, Jr.
  Texas Bar No. 12061762
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
300 Convent Street, Suite 1600
San Antonio, Texas 78205
Tel. 210.281.7000
Fax 210.224.2035
Email: koneill@akingump.com
       dmoffett@akingump.com
       hlaxton@akingump.com

ATTORNEYS FOR PLAINTIFFS,
INGURAN, LLC and XY, INC.

Katherine Compton
  Texas Bar No. 04652100
W. Ashton Randall III
  Texas Bar No. 24029786
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel. 214.665.3600
Fax 214.665.3601
Email: comptonk@gtlaw.com
       randalla@gtlaw.com

ATTORNEYS FOR DEFENDANT
CHATA BIOSYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this Motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 29 day of January, 2010.

_Kirt S. O'Neill_
Kirt S. O'Neill